Sachin R. Mehta, S.B. No. 223572
Law Office of Sachin R. Mehta
1512 Ocean Park Blvd., Suite 2
Santa Monica, California 90405
Telephone: (310) 450 – 6213
Fax: (310) 359 – 8064
Email: sachin@mehtalegal.com

Attorney for Plaintiff
CHI GALATEA HUYNH, doing business as GALATEA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI GALATEA HUYNH, doing business as GALATEA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEARL OASIS, a Virginia business entity of unknown form; ROSS PETERS, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>PEARL OASIS,<br><br>　　　　Counter-claimant,<br><br>　　v.<br><br>CHI GALATEA HUYNH, doing business as GALATEA,<br><br>　　　　Counter-defendant. | CASE NO. CV08-00957 GAF(MANx)<br><br>[~~PROPOSED~~] CONSENT DECREE FOR PERMANENT INJUNCTION AGAINST DEFENDANT PEARL OASIS<br><br>**Complaint Filed: February 12, 2008**<br>**Counter-Claim Filed: April 9, 2008** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:**

/ / /

/ / /

Plaintiff CHI GALATEA HUYNH ("Galatea") hereby submits his proposed Consent Decree for Permanent Injunction against defendant PEARL OASIS ("Pearl Oasis") as follows:

WHEREAS, Chi Galatea Huynh, is, and all times relevant hereto, was, an individual residing in the State of California. Mr. Huynh conducts his business under the fictitious name "Galatea," with his principal place of business in the county of Los Angeles, State of California.

WHEREAS, Galatea filed a Complaint against Pearl Oasis and others in this action on or about February 12, 2008, alleging that the defendants engaged in, among other things, copyright infringement, and seeking monetary damages and injunctive relief for the unauthorized manufacture, sale, rental, and/or distribution of jewellery bearing Galatea's copyrighted works;

WHEREAS, Pearl Oasis filed a Counter-Claim against Galatea on or about April 9, 2008, alleging that Galatea engaged in, among other things, false marking and false advertising, and seeking monetary damages;

WHEREAS, Pearl Oasis and Galatea intend to resolve, with finality, the dispute between them, consisting of the above-captioned litigation inclusive of all causes of action contained in the Complaint and Counter-Claim;

WHEREAS, Pearl Oasis and Galatea, between them, have entered into a confidential settlement agreement relating to this dispute;

WHEREAS, Pearl Oasis has consented to the entry of a Judgment and Permanent Injunction against it; and

WHEREAS, Pearl Oasis and Galatea hereby consent to the entry of a Judgment and Permanent Injunction as follows:

1. This Court has the authority to enter a Permanent Injunction in this case. 17 U.S.C. § 502(a) ("Any court having jurisdiction of a civil action arising under this title may, subject to the provisions of § 1490 of Title 28, grant temporary and final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright.")

2. Pearl Oasis, its officers, directors, agents, servants, employees and attorneys, and all those acting or attempting to act in active concert or participation with them are hereby permanently enjoined from directly or indirectly engaging, renting, selling offering to sell, distributing, exploiting, marketing, advertising, promoting, transferring, shipping, handling, aiding, or assisting in the distribution, or using in any fashion any jewelry which (a) infringe on Galatea's copyrighted works, which include, and are specifically limited to, those jewelry designs that are included in the "Diamond in a Pearl Collection" catalogue that was deposited with the United States Copyright Office as identifying material for U.S. Copyright Registration No. VA-1-104-682, titled "Diamond in a Pearl," or (2) bear the name "Galileo" or any other name infringing on "Galatea."

3. The Court shall retain jurisdiction over this matter to enforce the terms of this Judgment and Permanent Injunction.

4. The Complaint filed by Galatea and the Counter-Claim filed by Pearl Oasis be dismissed with prejudice.

**IT IS SO CONSENTED AND STIPULATED.**

Dated:_____          **For the Plaintiff:**

GALATEA

By: _____

Chi Galatea Huynh

Dated:_____          **For the Plaintiff:**

Law Office of Sachin R. Mehta

By: _____

Sachin R. Mehta, Esq.

Dated:_____          **For the Defendant:**

Pearl Oasis

By: _____

_____, Owner

Dated:_____          **For the Defendant:**

Bowman and Brooke LLP

By: _____

Robert K. Miller, Esq.

Steve Reitenour, Esq.

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated this 31st day of July, 2008 |

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
LAW OFFICE OF SACHIN R. MEHTA
SACHIN R. MEHTA, SBN 223572

By: _____
SACHIN R. MEHTA
Attorneys for Plaintiff
CHU GALATEA HUYNH, doing business as GALATEA